IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**FLORINE WILSON**                                                                   **PLAINTIFF**

**V.**                    **NO. 4:25-CV-40-DMB-DAS**

**WALMART SUPER CENTER**                                     **DEFENDANT**

## ORDER OF RECUSAL

The undersigned district judge recuses from this case. The Clerk of the Court is directed to reassign this case to another district court judge.

**SO ORDERED**, this 31st day of March, 2025.

                                                      /s/Debra M. Brown
                                                      **UNITED STATES DISTRICT JUDGE**